1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9         **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    ERIK GEORGE PRYOR,                    No. 2:16-CV-2211-CMK

12               Plaintiff,

13         vs.                                ORDER

14    COMMISSIONER OF SOCIAL
      SECURITY,
15
                 Defendant.
16
      _____/
17

18            Plaintiff, who is proceeding with retained counsel, brings this action under

19    42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security.

20    Pending before the court is plaintiff's motion for leave to proceed in forma pauperis (Doc. 2).

21    The motion is incomplete.  Specifically, in response to Question No. 2, plaintiff states that he is

22    not employed, but does not state the date of his last employment, the amount of his take-home

23    salary or wages, or the name and address of his last employer.  Plaintiff will be provided an

24    opportunity to either pay the filing fees for this action or submit a completed application for leave

25    to proceed in forma pauperis.  Plaintiff is cautioned that failure to comply with this order may

26    result in dismissal of the action.  See Local Rule 110.

                                            1

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is denied without prejudice;

2.      Within 15 days of the date of this order, plaintiff shall either pay the filing fees for this action or submit a completed application for leave to proceed in forma pauperis.

DATED: December 13, 2016

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2